# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| BILLY AVERITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0602 |
| | ) | Judge Trauger |
| ROBERT ARNOLD, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On December 19, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 36), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment (Docket No. 24) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 14th day of January 2015.

_____
ALETA A. TRAUGER
U.S. District Judge